# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

Lidnell Locke,

          Plaintiff,

v.

AmSher Collection Services, Inc.,

          Defendant.

_____

: Civil Action No.: 1:16-cv-00828-RJJ-PJG

## **STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| | |
|---|---|
| Lidnell Locke | AmSher Collection Services, Inc. |
| ___/s/ Jenny DeFrancisco_____ | _/s/ Deborah A. Lujan _____ |
| Jenny DeFrancisco, Esq.<br>Sergei Lemberg, Esq.<br>LEMBERG LAW, LLC<br>43 Danbury Road, 3rd Floor<br>Wilton, CT  06897<br>Tel: (203) 653-2250<br>*Attorneys for Plaintiff* | Deborah A. Lujan, Esq.<br>4000 Town Center, Suite 909<br>Southfield, MI 48075-1473<br>Tel: (248) 351-5417<br>*Attorney for Defendant* |

IT IS SO ORDERED.

Dated: __March 13, 2017_____     /s/ Robert J. Joker_____
                                                            Robert J. Jonker
                                                            Chief United States District Judge